RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUN 1 6 2016

FILED _____
DOCKETED _____  DATE  INITIAL

Court of Appeals No. 16-55813
U.S. District Court Case No: 2:16-cv-02915-ODW
(Central District of California)

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

---

DANIEL DYDZAK,

Plaintiff-Appellant,

v.

RICHARD ALEXANDER, et al.,

Defendants-Appellees

---

**APPELLANT'S MOTION TO PROCCED ON APPEAL IN FORMA PAUPERIS; MEMORANDUM OF POINTS AND AUTHORITIES; AFFIDAVIT IN SUPPORT OF MOTION**

**DANIEL DYDZAK
APPELLANT
4265 MARINA CITY DRIVE
SUITE 407W
MARINA DEL REY, CA 90292**

TO THIS HONORABLE COURT OF APPEALS, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Appellant and Plaintiff, DANIEL DYDZAK ("DYDZAK"), hereby moves this Court for an Order to proceed in forma pauperis in the above-entitled appeal. 28 U.S.C. Section 1915. At the present time, DYDZAK is indigent and does not have sufficient income to pay the required filing fee.

This Motion is based on this Notice, the attached Affidavit form duly submitted, and such other evidence, argument and information which the Court may require in the interests of justice and equity.

Dated: June 13, 2016                                        Respectfully Submitted,

                                                            _____
                                                            Appellant, DANIEL DYDZAK

## MEMORANDUM OF POINTS AND AUTHORITIES

I

## THIS HONORABLE COURT OF APPEALS SHOULD GRANT THE FEE WAIVER REQUESTED

The Due Process Clause of the United States Constitution, the 14th Amendment of the Bill of Rights, provides that persons shall not be deprived of life, liberty or property without certain steps being taken to ensure fairness. One of these rights is access to the federal courts when a person is indigent. This right is also codified in certain statutes, such as California <u>Government Code</u> Section 68632. In the instant appeal, DYDZAK cannot afford the significant filing fee required because of his indigent status. Therefore, he is entitled to waiver of said filing fee.

II
## CONCLUSION

For the reasons set forth herein, based upon the attached Affidavit, and in the interests of justice and equity, the within Motion to Proceed on Appeal in forma pauperis should be granted.

Dated: June 13, 2016               Respectfully Submitted,

BY: _____

DANIEL DYDZAK
Appellant

## PROOF OF SERVICE

I, JIM LANE, HEREBY DECLARE that I am over the age of eighteen years and am not a party to the within above-entitled action, that I am employed in the County of Los Angeles, State of California, and that my business address is 4265 Marina City Drive, Suite 407W, Marina del Rey, California 90292.

On June 13, 2016, I served a copy of the following document or pleading:

Appellant's Motion to Proceed On Appeal In Forma Pauperis; Memorandum of Points and Authorities; Affidavit In Support of Motion

[x] [BY U.S. MAIL] On this same day, I mailed the following interested parties or their counsel of record the above-described document or pleading by regular United States mail to their respective service or mailing addresses.
See Attached Service List

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13,2016, at Marina del Rey, California.

*Jim Lane*
JIM LANE

# SERVICE LIST

Robert I. Lester, Esq.

Eileen M. Decker, Esq.

United States Attorneys Office

Central District of California

312 North Spring Street

Suite 1200

Los Angeles, CA 90012

Andre Birotte, Jr.

U.S. District Court

312 North Spring Street

Courtroom 4—2nd Floor

Los Angeles, CA 90012

Girardi Keese

1126 Wilshire Boulevard

Los Angeles, CA 90017

Richard Alexander

FBI

Los Angeles Field Office

11000 Wilshire Boulevard

Los Angeles, CA 90024

Form 4.　　　Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**Appellant(s) or Petitioner(s)** DANIEL DYDZAK

v.

**Case No.** 10-55813

**Appellee(s) or Respondent(s)** RICHARD ALEXANDER

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. sec. 1746; 18 U.S.C. sec. 1621. | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

**Signed:** [signature]　　**Date:** JUNE 13, 2016

**My issues on appeal are:**

(1) The District Court erred in law and fact, and abused its discretion, in dismissing my valid lawsuit.
(2) The District Court violated due process and equal protection of laws in dismissing my valid lawsuit.
(3) The lawsuit should not have been dismissed sua sponte without issuing an Order to Show Cause and affording me an opportunity to respond to same.
(4) The lawsuit was adequately pled, or I should have been afforded leave to amend same.
(5) The trial judge should have disqualified himself, and his rulings are therefore void and unlawful.
(6) The District Judge hearing the matter of disqualification of the trial judge should have disqualified himself, and his ruling (which was never served on me in violation of due process) is therefore void.
(7) The lawsuit should not have been redacted, and such redaction was against public policy and the First Amendment and shows the bias of the trial judge.
(8) The lawsuit should have been transferred to an impartial, fair trial judge outside the Central District of California.

—6—

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ n/a | $ | $ n/a | $ |
| Self-Employment | $ 200.00 | $ | $ 200.00 | $ |
| Income from real property (such as rental income) | $ n/a | $ | $ n/a | $ |
| Interest and Dividends | $ n/a | $ | $ n/a | $ |
| Gifts | $ n/a | $ | $ n/a | $ |
| Alimony | $ n/a | $ | $ n/a | $ |
| Child Support | $ n/a | $ | $ n/a | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ n/a | $ | $ n/a | $ |
| Disability (such as social security, insurance payments) | $ n/a | $ | $ n/a | $ |
| Unemployment Payments | $ n/a | $ | $ n/a | $ |
| Public-Assistance (such as welfare) | $ n/a | $ | $ n/a | $ |
| Other (specify) loans from family | $ 200.00 | $ | $ 200.00 | $ |
| **TOTAL MONTHLY INCOME:** | $ 400.00 | $ | $ 400.00 | $ |

—7—

-2-

2. *List your employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Self-employed | 4265 Marina City Drive, Suite 407W, Marina del Rey, CA 90292 | From 2014 To 2016 | $ 200.00 |
| | | From To | $ |
| | | From To | $ |
| | | From To | $ |

3. *List your spouse's employment history for the past two years, most recent employer first.*
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| Not applicable | | From To | $ |
| | | From To | $ |
| | | From To | $ |
| | | From To | $ |



-3-

4. *How much cash do you and your spouse have?* $ 75.00

*Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| Chase | Checking | $ .58 | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| Not applicable | $ |  | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| Not applicable |  |  | $ |
| **Motor Vehicle 2: Make & Year** | **Model** | **Registration #** | **Value** |
|  |  |  | $ |

—9—

| Other Assets | Value |
|---|---|
|  | $ |
|  | $ |
|  | $ |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Not applicable | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.*

| Name | Relationship | Age |
|---|---|---|
| Not applicable |  |  |
|  |  |  |
|  |  |  |

—10—

-5-

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) <br> - Are real estate taxes included? ☐ Yes ☐ No <br> - Is property insurance included? ☐ Yes ☐ No | $ n/a | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 125.00 | $ |
| Home maintenance (repairs and upkeep) | $ 10.00 | $ |
| Food | $ 65.00 | $ |
| Clothing | $ 10.00 | $ |
| Laundry and dry-cleaning | $ 10.00 | $ |
| Medical and dental expenses | $ 25.00 | $ |
| Transportation (not including motor vehicle payments) | $ 25.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ n/a | $ |
| Insurance (not deducted from wages or included in mortgage payments) <br> - Homeowner's or renter's.................................................... | $ n/a | $ |
| - Life............................................................................................ | $ n/a | $ |
| - Health....................................................................................... | $ n/a | $ |
| - Motor Vehicle......................................................................... | $ n/a | $ |
| - Other: | $ n/a | $ |
| Taxes (not deducted from wages or included in mortgage payments) <br> Specify: Poverty level | $ n/a | $ |
| Installment payments <br> - Motor Vehicle........................................................................ | $ n/a | $ |
| - Credit Card (name): | $ n/a | $ |
| - Department Store (name): | $ n/a | $ |
| - Motor Vehicle........................................................................ | $ n/a | $ |

-6-

-11-

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ n/a | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ n/a | $ |
| Other (specify) Internet | $ 50.00 | $ |
| **Total Monthly Expenses:** | $ 310.00 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes    ☒ No

    If yes, describe on an attached sheet.

10. *Have you spent--or will you be spending--any money for expenses or attorney fees in connection with this lawsuit?*

    ☐ Yes    ☒ No

    *If yes, how much?* $ 

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I was illegally disbarred, and the matter is pending in litigation. This caused a major disruption of income and I now live at poverty level. I am divorced and cannot rely on income from ex-spouse. I am definitely indigent in terms of paying the major filing fee required for this appeal. The trial court should not have thrown out a meritorious lawsuit, causing me needless additional expense for this appeal. I have previously been granted fee waivers in this Court and other Courts, such as the U.S. Supreme Court and California Supreme Court.

12. *State the city and state of your legal residence.*

    City: Marina del Rey    State: CA

    *Your daytime phone number (ex., 4153558000):* 310-867-1289

    *Your age:* 56    *Your years of schooling:* 7 University

    *Last four digits of your Social Security Number (ex.,6789):* 0297